```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

|   |   |
|---|---|
| DANIEL LEITNER, ET AL. | : |
|  | : |
| v. | :  Civil Action No. DKC 2007-1281 |
|  | : |
| FEDERAL SIGNAL CORPORATION | : |
|  | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of December, 2007, by the United States District Court for the District of Maryland, ORDERED that:

1. If Defendant elects to continue to contest the remand, it must file a supplemental memorandum addressing *Hoang v. Hewitt Ave. Assoc.* no later than January 7, 2008.  Plaintiffs may have ten days to respond.

2. If no supplemental memoranda are filed, the case will be remanded to the Circuit Court for Baltimore City for the reasons stated herein;

3. The clerk transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                   /s/
                          DEBORAH K. CHASANOW
                          United States District Judge